| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian 186735<br>6345 Balboa Blvd. Suite 247<br>Encino, CA 91316<br>818-995-4540 Fax: 818-995-9277<br>186735 CA<br>rabin@pricelawgroup.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Rafael Reyes Garcia**

CASE NO.:

CHAPTER: **13**

### DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE
[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9-16-22

**Rafael Reyes Garcia**
Printed name of Debtor 1

Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                  Page 1                        F 1002-1.EMP.INCOME.DEC

Rafael Reyes Garcia
Sprouts Job
6MIC

| Date | Gross | Taxes | Apparel Purchase | Net |
|---|---|---|---|---|
| 03/04/22 | $ 616.41 | $ 75.04 | $ 5.42 | $ 535.95 |
| 03/11/22 | $ 616.03 | $ 74.95 | $ - | $ 541.08 |
| 03/18/22 | $ 582.51 | $ 67.78 | $ - | $ 514.73 |
| 03/25/22 | $ 631.58 | $ 78.84 | $ - | $ 552.74 |
| 04/01/22 | $ 571.46 | $ 65.71 | $ - | $ 505.75 |
| 04/08/22 | $ 468.25 | $ 46.35 | $ - | $ 421.90 |
| 04/15/22 | $ 416.00 | $ 36.56 | $ - | $ 379.44 |
| 04/22/22 | $ 487.36 | $ 49.94 | $ - | $ 437.42 |
| 04/29/22 | $ 449.15 | $ 42.77 | $ - | $ 406.38 |
| 05/06/22 | $ 461.32 | $ 45.05 | $ - | $ 416.27 |
| 05/13/22 | $ 467.13 | $ 69.36 | $ - | $ 397.77 |
| 05/20/22 | $ 469.23 | $ 69.85 | $ - | $ 399.38 |
| 05/27/22 | $ 490.41 | $ 74.71 | $ - | $ 415.70 |
| 06/03/22 | $ 443.87 | $ 64.07 | $ - | $ 379.80 |
| 06/10/22 | $ 497.13 | $ 76.25 | $ - | $ 420.88 |
| 06/17/22 | $ 463.73 | $ 68.59 | $ - | $ 395.14 |
| 06/24/22 | $ 598.82 | $ 101.38 | $ - | $ 497.44 |
| 07/01/22 | $ 465.44 | $ 68.99 | $ - | $ 396.45 |
| 07/08/22 | $ 495.90 | $ 75.96 | $ - | $ 419.94 |
| 07/15/22 | $ 667.52 | $ 118.66 | $ - | $ 548.86 |
| 07/22/22 | $ 459.57 | $ 67.63 | $ - | $ 391.94 |
| 07/29/22 | $ 518.98 | $ 81.31 | $ - | $ 437.67 |
| 08/05/22 | $ 609.99 | $ 104.18 | $ - | $ 505.81 |
| 08/12/22 | $ 485.49 | $ 73.58 | $ - | $ 411.91 |
| 08/19/22 | $ 505.55 | $ 78.18 | $ - | $ 427.37 |
| 08/26/22 | $ 474.14 | $ 70.99 | $ - | $ 403.15 |
| | | | | $ - |
| Totals | $ 13,412.97 | $ 1,846.68 | $ 5.42 | $ 11,560.87 |
| Avg | $ 2,235.50 | $ 307.78 | $ 0.90 | $ 1,926.81 |



Sprouts Farmers Market (SFN)    5455 E High St Phoenix, AZ 85054-5464    480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 08/15/2022 | 08/21/2022 | 08/26/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.06 | 474.14 | 0.00 | 70.99 | 0.00 | 403.15 |
| YTD | 957.60 | 18,560.48 | 0.00 | 2,519.19 | 5.42 | 16,035.87 |

| Team Member Earnings | | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | | OASDI | 29.40 | 1,150.75 |
| Holiday Closed | | 0 | | | 6 | 112.38 | | Medicare | 6.88 | 269.13 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | | Federal Withholding | 23.06 | 751.20 |
| Overtime | | 0 | | | 0 | 0.01 | | State Tax - CA | 6.43 | 143.94 |
| Regular | 08/15/2022 - 08/21/2022 | 25.06 | 18.92 | 474.14 | 944.97 | 17,775.81 | | CA SDI - CASDI | 5.22 | 204.17 |
| Sick | | 0 | | | 10 | 188.82 | | | | |
| Team Member Earnings | | | | 474.14 | | 18,560.48 | | Team Member Taxes | 70.99 | 2,519.19 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 51.00 | | OASDI - Taxable Wages | 474.14 | 18,560.48 |
| Co Provided STD | 3.62 | 122.32 | | Medicare - Taxable Wages | 474.14 | 18,560.48 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | | Federal Withholding - Taxable Wages | 474.14 | 18,560.48 |
| Employer Paid Benefits | 5.12 | 1,005.21 | | State Tax Taxable Wages - CA | 474.14 | 18,560.48 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.84 | 0 | 29.937617 |
| Additional Withholding | 0 | 0 | Vacation | 1.93 | 0 | 90.913204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 403.15    USD |



Sprouts Farmers Market (SFN)   5455 E High St Phoenix, AZ 85054-5464   480-814-8016
Rafael Reyes   PO Box 766 El Toro, CA 92609

| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | | 08/08/2022 | 08/14/2022 | 08/19/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 26.72 | 505.55 | 0.00 | 78.18 | 0.00 | 427.37 |
| YTD | 932.54 | 18,086.34 | 0.00 | 2,448.20 | 5.42 | 15,632.72 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 31.34 | 1,121.35 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 7.33 | 262.25 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | Federal Withholding | 26.83 | 728.14 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 7.12 | 137.51 |
| Regular | 08/08/2022 - 08/14/2022 | 26.72 | 18.92 | 505.55 | 919.91 | 17,301.67 | CA SDI - CASDI | 5.56 | 198.95 |
| Sick | | 0 | | | 10 | 188.82 | | | |
| Team Member Earnings | | | | 505.55 | | 18,086.34 | Team Member Taxes | 78.18 | 2,448.20 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 49.50 | OASDI - Taxable Wages | 505.55 | 18,086.34 |
| Co Provided STD | 3.62 | 118.70 | Medicare - Taxable Wages | 505.55 | 18,086.34 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | 505.55 | 18,086.34 |
| Employer Paid Benefits | 5.12 | 1,000.09 | State Tax Taxable Wages - CA | 505.55 | 18,086.34 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.9 | 0 | 29.097617 |
| Additional Withholding | 0 | 0 | Vacation | 2.06 | 0 | 88.983204 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 427.37 | USD |



Sprouts Farmers Market (SFN)   5455 E High St Phoenix, AZ 85054-5464   480-814-8016
Rafael Reyes   PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 08/01/2022 | 08/07/2022 | 08/12/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.66 | 485.49 | 0.00 | 73.58 | 0.00 | 411.91 |
| YTD | 905.82 | 17,580.79 | 0.00 | 2,370.02 | 5.42 | 15,205.35 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 30.10 | 1,090.01 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 7.04 | 254.92 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | Federal Withholding | 24.42 | 701.31 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 6.68 | 130.39 |
| Regular | 08/01/2022 - 08/07/2022 | 25.66 | 18.92 | 485.49 | 893.19 | 16,796.12 | CA SDI - CASDI | 5.34 | 193.39 |
| Sick | | 0 | | | 10 | 188.82 | | | |
| Team Member Earnings | | | | 485.49 | | 17,580.79 | Team Member Taxes | 73.58 | 2,370.02 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 48.00 | OASDI - Taxable Wages | 485.49 | 17,580.79 |
| Co Provided STD | 3.62 | 115.08 | Medicare - Taxable Wages | 485.49 | 17,580.79 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | 485.49 | 17,580.79 |
| Employer Paid Benefits | 5.12 | 994.97 | State Tax Taxable Wages - CA | 485.49 | 17,580.79 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.86 | 0 | 28.197617 |
| Additional Withholding | 0 | 0 | Vacation | 1.98 | 0 | 86.923204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 411.91   USD |



Sprouts Farmers Market (SFN)    5455 E High St Phoenix, AZ 85054-5464    480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 07/25/2022 | 07/31/2022 | 08/05/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.24 | 609.99 | 0.00 | 104.18 | 0.00 | 505.81 |
| YTD | 880.16 | 17,095.30 | 0.00 | 2,296.44 | 5.42 | 14,793.44 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 37.82 | 1,059.91 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 8.84 | 247.88 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | Federal Withholding | 39.36 | 676.89 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 11.45 | 123.71 |
| Regular | 07/25/2022 - 07/31/2022 | 32.24 | 18.92 | 609.99 | 867.53 | 16,310.63 | CA SDI - CASDI | 6.71 | 188.05 |
| Sick | | 0 | | | 10 | 188.82 | | | |
| Team Member Earnings | | | | 609.99 | | 17,095.30 | Team Member Taxes | 104.18 | 2,296.44 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 46.50 | OASDI - Taxable Wages | 609.99 | 17,095.30 |
| Co Provided STD | 3.62 | 111.46 | Medicare - Taxable Wages | 609.99 | 17,095.30 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | 609.99 | 17,095.30 |
| Employer Paid Benefits | 5.12 | 989.85 | State Tax Taxable Wages - CA | 609.99 | 17,095.30 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 1.08 | 0 | 27.337617 |
| Additional Withholding | 0 | 0 | Vacation | 2.48 | 0 | 84.943204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 505.81   USD |



Sprouts Farmers Market (SFN)   5455 E High St Phoenix, AZ 85054-5464   480-814-8016
Rafael Reyes   PO Box 766 El Toro, CA 92609

| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | | 07/18/2022 | 07/24/2022 | 07/29/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 19.43 | 518.98 | 0.00 | 81.31 | 0.00 | 437.67 |
| YTD | 847.92 | 16,485.31 | 0.00 | 2,192.26 | 5.42 | 14,287.63 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 32.18 | 1,022.09 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 7.53 | 239.04 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | Federal Withholding | 28.44 | 637.53 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 7.45 | 112.26 |
| Regular | 07/18/2022 - 07/24/2022 | 19.43 | 18.92 | 367.62 | 835.29 | 15,700.64 | CA SDI - CASDI | 5.71 | 181.34 |
| Sick | 07/18/2022 - 07/24/2022 | 8 | 18.92 | 151.36 | 10 | 188.82 | | | |
| Team Member Earnings | | | | 518.98 | | 16,485.31 | Team Member Taxes | 81.31 | 2,192.26 |

| Post Tax Deductions | | |
|---|---|---|
| Description | | |
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Co Life/AD&D | 1.50 | 45.00 | OASDI - Taxable Wages | | 518.98 | 16,485.31 |
| Co Provided STD | 3.62 | 107.84 | Medicare - Taxable Wages | | 518.98 | 16,485.31 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | | 518.98 | 16,485.31 |
| Employer Paid Benefits | 5.12 | 984.73 | State Tax Taxable Wages - CA | | 518.98 | 16,485.31 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.92 | 8 | 26.257617 |
| Additional Withholding | 0 | 0 | Vacation | 2.11 | 0 | 82.463204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 437.67   USD |



Sprouts Farmers Market (SFN)   5455 E High St Phoenix, AZ 85054-5464   480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 07/11/2022 | 07/17/2022 | 07/22/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 24.29 | 459.57 | 0.00 | 67.63 | 0.00 | 391.94 |
| YTD | 828.49 | 15,966.33 | 0.00 | 2,110.95 | 5.42 | 13,849.96 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 28.49 | 989.91 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 6.66 | 231.51 |
| Holiday Worked | | 0 | | | 12.63 | 358.46 | Federal Withholding | 21.31 | 609.09 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 6.11 | 104.81 |
| Regular | 07/11/2022 - 07/17/2022 | 24.29 | 18.92 | 459.57 | 815.86 | 15,333.02 | CA SDI - CASDI | 5.06 | 175.63 |
| Sick | | 0 | | | 2 | 37.46 | | | |
| Team Member Earnings | | | | 459.57 | | 15,966.33 | Team Member Taxes | 67.63 | 2,110.95 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Co Life/AD&D | 1.50 | 43.50 | OASDI - Taxable Wages | | 459.57 | 15,966.33 |
| Co Provided STD | 3.62 | 104.22 | Medicare - Taxable Wages | | 459.57 | 15,966.33 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | | 459.57 | 15,966.33 |
| Employer Paid Benefits | 5.12 | 979.61 | State Tax Taxable Wages - CA | | 459.57 | 15,966.33 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.81 | 0 | 33.337617 |
| Additional Withholding | 0 | 0 | Vacation | 1.87 | 0 | 80.353204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 391.94   USD |



Sprouts Farmers Market (SFN)    5455 E High St Phoenix, AZ 85054-5464    480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 07/04/2022 | 07/10/2022 | 07/15/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.04 | 667.52 | 0.00 | 118.66 | 0.00 | 548.86 |
| YTD | 804.20 | 15,506.76 | 0.00 | 2,043.32 | 5.42 | 13,458.02 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 41.39 | 961.42 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 9.68 | 224.85 |
| Holiday Worked | 07/04/2022 - 07/10/2022 | 6.48 | 18.92 | 183.92 | 12.63 | 358.46 | Federal Withholding | 46.27 | 587.78 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 13.98 | 98.70 |
| Regular | 07/04/2022 - 07/10/2022 | 25.56 | 18.92 | 483.60 | 791.57 | 14,873.45 | CA SDI - CASDI | 7.34 | 170.57 |
| Sick | | 0 | | | 2 | 37.46 | | | |
| Team Member Earnings | | | | 667.52 | | 15,506.76 | Team Member Taxes | 118.66 | 2,043.32 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 42.00 | OASDI - Taxable Wages | 667.52 | 15,506.76 |
| Co Provided STD | 3.62 | 100.60 | Medicare - Taxable Wages | 667.52 | 15,506.76 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | 667.52 | 15,506.76 |
| Employer Paid Benefits | 5.12 | 974.49 | State Tax Taxable Wages - CA | 667.52 | 15,506.76 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 1.07 | 0 | 32.527617 |
| Additional Withholding | 0 | 0 | Vacation | 2.47 | 0 | 78.483204 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 548.86 | USD |



SPROUTS
FARMERS MARKET

Sprouts Farmers Market (SFN)    5455 E High St Phoenix, AZ 85054-5464    480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 06/27/2022 | 07/03/2022 | 07/08/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 26.21 | 495.90 | 0.00 | 75.96 | 0.00 | 419.94 |
| YTD | 772.16 | 14,839.24 | 0.00 | 1,924.66 | 5.42 | 12,909.16 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 30.74 | 920.03 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 7.19 | 215.17 |
| Holiday Worked | | 0 | | | 6.15 | 174.54 | Federal Withholding | 25.67 | 541.51 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 6.91 | 84.72 |
| Regular | 06/27/2022 - 07/03/2022 | 26.21 | 18.92 | 495.90 | 766.01 | 14,389.85 | CA SDI - CASDI | 5.45 | 163.23 |
| Sick | | 0 | | | 2 | 37.46 | | | |
| Team Member Earnings | | | | 495.90 | | 14,839.24 | Team Member Taxes | 75.96 | 1,924.66 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 40.50 | OASDI - Taxable Wages | 495.90 | 14,839.24 |
| Co Provided STD | 3.62 | 96.98 | Medicare - Taxable Wages | 495.90 | 14,839.24 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | 495.90 | 14,839.24 |
| Employer Paid Benefits | 5.12 | 969.37 | State Tax Taxable Wages - CA | 495.90 | 14,839.24 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.88 | 0 | 31.457617 |
| Additional Withholding | 0 | 0 | Vacation | 2.02 | 0 | 76.013204 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 419.94 | USD |



Sprouts Farmers Market (SFN)    5455 E High St Phoenix, AZ 85054-5464    480-814-8016
Rafael Reyes    PO Box 766 El Toro, CA 92609

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rafael Reyes | SFM, LLC Registered in California as SF Markets, LLC | | 06/20/2022 | 06/26/2022 | 07/01/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 24.60 | 465.44 | 0.00 | 68.99 | 0.00 | 396.45 |
| YTD | 745.95 | 14,343.34 | 0.00 | 1,848.70 | 5.42 | 12,489.22 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | 0 | | | 0 | 125.00 | OASDI | 28.86 | 889.29 |
| Holiday Closed | | 0 | | | 6 | 112.38 | Medicare | 6.75 | 207.98 |
| Holiday Worked | | 0 | | | 6.15 | 174.54 | Federal Withholding | 22.02 | 515.84 |
| Overtime | | 0 | | | 0 | 0.01 | State Tax - CA | 6.24 | 77.81 |
| Regular | 06/20/2022 - 06/26/2022 | 24.6 | 18.92 | 465.44 | 739.8 | 13,893.95 | CA SDI - CASDI | 5.12 | 157.78 |
| Sick | | 0 | | | 2 | 37.46 | | | |
| Team Member Earnings | | | | 465.44 | | 14,343.34 | Team Member Taxes | 68.99 | 1,848.70 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.42 |
| Post Tax Deductions | 0.00 | 5.42 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| Co Life/AD&D | 1.50 | 39.00 | OASDI - Taxable Wages | | 465.44 | 14,343.34 |
| Co Provided STD | 3.62 | 93.36 | Medicare - Taxable Wages | | 465.44 | 14,343.34 |
| Memo - Vacation Accrual (Accounting) | | 831.89 | Federal Withholding - Taxable Wages | | 465.44 | 14,343.34 |
| Employer Paid Benefits | 5.12 | 964.25 | State Tax Taxable Wages - CA | | 465.44 | 14,343.34 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Used | Available |
| Allowances | 0 | 0 | Paid Sick / Paid Leave | 0.82 | 0 | 30.577617 |
| Additional Withholding | 0 | 0 | Vacation | 1.9 | 0 | 73.993204 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. ******4410 | ******4410 | | 396.45    USD |

Rafael Reyes Garcia
6MIC

| Date | Gross | Taxes | Net |
|---|---|---|---|
| 03/04/22 | Didnt get paid | | |
| 03/11/22 | $ 391.60 | $ 71.87 | $ 319.73 |
| 03/18/22 | $ 868.00 | $ 191.22 | $ 676.78 |
| 03/25/22 | $ 840.40 | $ 183.68 | $ 656.72 |
| 04/01/22 | $ 801.52 | $ 173.04 | $ 628.48 |
| 04/08/22 | $ 840.40 | $ 183.67 | $ 656.73 |
| 04/15/22 | $ 660.40 | $ 136.71 | $ 523.69 |
| 04/22/22 | $ 654.40 | $ 135.20 | $ 519.20 |
| 04/29/22 | $ 658.00 | $ 136.11 | $ 521.89 |
| 05/06/22 | $ 661.60 | $ 137.01 | $ 524.59 |
| 05/13/22 | $ 642.32 | $ 132.17 | $ 510.15 |
| 05/20/22 | $ 647.68 | $ 133.51 | $ 514.17 |
| 05/27/22 | $ 266.80 | $ 41.65 | $ 225.15 |
| 06/03/22 | $ 373.60 | $ 67.73 | $ 305.87 |
| 06/10/22 | $ 513.28 | $ 99.82 | $ 413.46 |
| 06/17/22 | $ 840.40 | $ 183.66 | $ 656.74 |
| 06/24/22 | $ 619.68 | $ 126.48 | $ 493.20 |
| 07/01/22 | $ 260.32 | $ 40.44 | $ 219.88 |
| 07/08/22 | $ 323.28 | $ 56.20 | $ 267.08 |
| 07/15/22 | $ 519.92 | $ 101.39 | $ 418.53 |
| 07/22/22 | $ 647.68 | $ 133.50 | $ 514.18 |
| 07/29/22 | $ 646.48 | $ 133.22 | $ 513.26 |
| 08/05/22 | $ 651.28 | $ 134.42 | $ 516.86 |
| 08/12/22 | $ 646.40 | $ 133.18 | $ 513.22 |
| 08/19/22 | $ 493.44 | $ 95.26 | $ 398.18 |
| 08/26/22 | $ 648.08 | $ 133.61 | $ 514.47 |
| | | | $ - |
| Totals | $ 15,116.96 | $ 3,094.75 | $ 12,022.21 |
| Avg | $ 2,519.49 | $ 515.79 | $ 2,003.70 |

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2076712 Sort: 201 BURLIN 252 Order: 52

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date | 08-14-2022 | Check Date | | 08-26-2022 | **Federal Filing Status** | S/NONE |
| EMP# | Period End Date | 08-20-2022 | Check Number | | 2627821 | **State Filing Status** | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|------------|----------|
| 08-20-2022 | REGULAR PAY | 16.0000 | 39.95 | 639.20 | BURLIN |
| 08-20-2022 | OVERTIME | 24.0000 | 0.37 | 8.88 | BURLIN |

| | TOTAL | | | 648.08 | |

| **Earnings - Year To Date** | | **Deductions / Taxes** | | | **Direct Deposit Detail** | | |
|------------------------------|------|-------------------------|--------|---------|----------------------------|----------|--------|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 15389.92 | FEDERAL TAX | 63.78 | 1684.91 | 14410 | CHECKING | 514.47 |
| OVERTIME | 1226.16 | FICA - MEDICARE | 9.39 | 255.43 | | | |
| | | FICA - OASDI SS | 40.18 | 1092.20 | | | |
| | | CA INCOME TAX | 13.13 | 342.49 | | | |
| | | CA DISABILITY | 7.13 | 193.77 | | | |

TOTAL DEPOSITED                               $514.47

### Paid Time Off

| Description | Balance |
|-------------|---------|
| CA SICK PAY Total Balance | 35.65 |
| CA SICK PAY Available for Use | 24.00 |
| TOTAL | $17,616.08 | TOTAL | 133.61 | 3,568.80 | CSPSL B1 | | 40.00 |

| **Net Pay** | CHECK | $0.00 | TOTAL NET PAY | $514.47 |
| **Distribution** | DIRECT DEPOSIT | $514.47 | TOTAL NET PAY YTD | $14,047.28 |

### Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR, UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl #100
Chandler, AZ 85224

Check No. 2627821
Pay Date 08-26-2022

**Pay** Non-negotiable                                                                 $0.00

**To The** Rafael Reyes Garcia
**Order** 6771 Elm Ave
**Of** SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

**201 BURLIN 252**
**Rafael Reyes Garcia**
**6771 Elm Ave**
**SAN BERNARDINO, CA 92404**

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

2R Staffing, LLC - Burlington Coat Factory (201)

Voucher #: 2070777 Sort: 201 BURLIN 252 Order: 61

Rafael Reyes Garcia

| SSN# | XXX-XX-2615 | Period Start Date | 08-07-2022 | Check Date | | 08-19-2022 | Federal Filing Status | S/NONE |
| EMP# | | Period End Date | 08-13-2022 | Check Number | | 2619404 | State Filing Status | S/0/0 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|------------|----------|
| 08-13-2022 | REGULAR PAY | 16.0000 | 30.57 | 489.12 | BURLIN |
| 08-13-2022 | OVERTIME | 24.0000 | 0.18 | 4.32 | BURLIN |

TOTAL                    493.44

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| **Description** | **YTD** | **Description** | **Amount** | **YTD** | **Account** | **Type** | **Amount** |
| REGULAR PAY | 15750.72 | FEDERAL TAX | 45.22 | 1621.13 | 14410 | CHECKING | 398.18 |
| OVERTIME | 1217.26 | FICA - MEDICARE | 7.16 | 246.04 | | | |
| | | FICA - OASDI SS | 30.60 | 1052.02 | | | |
| | | CA INCOME TAX | 6.85 | 329.36 | | | |
| | | CA DISABILITY | 5.43 | 186.64 | | | |

TOTAL DEPOSITED                    $398.18

| Paid Time Off | |
|---|---|
| **Description** | **Balance** |
| CA SICK PAY Total Balance | 34.50 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

TOTAL          $16,968.00   TOTAL          95.26   3,435.19

| Net Pay Distribution | CHECK | $0.00 | TOTAL NET PAY | $398.18 |
| | DIRECT DEPOSIT | $398.18 | TOTAL NET PAY YTD | $13,532.81 |

| Employer Contributions | | |
|---|---|---|
| **Description** | **Amount** | **YTD** |
| | | |
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR, UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Check No. 2619404
Pay Date 08-19-2022

Pay  Non-negotiable                                                                      $0.00

To The   Rafael Reyes Garcia
Order   6771 Elm Ave
   Of   SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2060254 Sort: 201 BURLIN 252 Order: 74

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date 07-31-2022 | Check Date | 08-12-2022 Federal Filing Status S/NONE |
|---|---|---|---|
| EMP# | Period End Date 08-06-2022 | Check Number | 2613762 State Filing Status S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|---|---|---|---|---|---|
| 08-06-2022 | REGULAR PAY | 16.0000 | 39.77 | 636.32 | BURLIN |
| 08-06-2022 | OVERTIME | 24.0000 | 0.42 | 10.08 | BURLIN |

TOTAL                                646.40

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 15261.60 | FEDERAL TAX | 63.58 | 1575.91 | 14410 | CHECKING | 513.22 |
| OVERTIME | 1212.96 | FICA - MEDICARE | 9.37 | 238.88 | | | |
| | | FICA - OASDI SS | 40.07 | 1021.42 | | | |
| | | CA INCOME TAX | 13.05 | 322.51 | | | |
| | | CA DISABILITY | 7.11 | 181.21 | | | |

TOTAL DEPOSITED                  $513.22

### Paid Time Off

| Description | Balance |
|---|---|
| CA SICK PAY Total Balance | 33.48 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | 16,474.56 | TOTAL | 133.18 | 3,339.93 |
|---|---|---|---|---|

| Net Pay Distribution | CHECK | $0.00 TOTAL NET PAY | $513.22 |
|---|---|---|---|
| | DIRECT DEPOSIT | $513.22 TOTAL NET PAY YTD | $13,134.63 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4736
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Check No. 2613762
Pay Date 08-12-2022

Pay  Non-negotiable                                             $0.00

To The  Rafael Reyes Garcia
Order  6771 Elm Ave
Of  SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2054529 Sort: 201 BURLIN 252 Order: 75

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# | XXX-XX-2615 | Period Start Date | 07-24-2022 | Check Date | | 08-05-2022 | Federal Filing Status | S/NONE |
|------|-------------|-------------------|------------|------------|--|-----------|-----------------------|--------|
| EMP# | | Period End Date | 07-30-2022 | Check Number | | 2606618 | State Filing Status | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|------------|----------|
| 07-30-2022 | REGULAR PAY | 16.0000 | 40.00 | 640.00 | BURLIN |
| 07-30-2022 | OVERTIME | 24.0000 | 0.47 | 11.28 | BURLIN |

| | TOTAL | | | 651.28 | |

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|-------------------------|------|--------------------|--------|--------|-----------------------|-----------|--------|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 14625.28 | FEDERAL TAX | 64.16 | 1512.33 | 14410 | CHECKING | 516.86 |
| OVERTIME | 1202.88 | FICA - MEDICARE | 9.45 | 229.51 | | | |
| | | FICA - OASDI SS | 40.38 | 981.35 | | | |
| | | CA INCOME TAX | 13.27 | 309.46 | | | |
| | | CA DISABILITY | 7.16 | 174.10 | | | |

| | | | | | TOTAL DEPOSITED | | $516.86 |

| | | | | | Paid Time Off | | |
|--|--|--|--|--|---------------|--|--|
| | | | | | Description | | Balance |
| | | | | | CA SICK PAY Total Balance | | 32.14 |
| | | | | | CA SICK PAY Available for Use | | 24.00 |
| TOTAL | | | | | CSPSL B1 | | 40.00 |
| | $15,828.16 | TOTAL | 134.42 | 3,206.75 | | | |

| Net Pay | CHECK | | $0.00 | TOTAL NET PAY | $516.86 |
|---------|-------|--|-------|---------------|---------|
| Distribution | DIRECT DEPOSIT | | $516.86 | TOTAL NET PAY YTD | $12,621.41 |

| Employer Contributions | | |
|------------------------|--------|-----|
| Description | Amount | YTD |
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

Check No. 2606618
Pay Date 08-05-2022

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Pay  Non-negotiable

$0.00

To The  Rafael Reyes Garcia
Order  6771 Elm Ave
    Of  SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2044194 Sort: 201 BURLIN 252 Order: 70

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date | 07-17-2022 | Check Date | | 07-29-2022 | Federal Filing Status | S/NONE |
| EMP | Period End Date | 07-23-2022 | Check Number | | 2598192 | State Filing Status | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|------------|----------|
| 07-23-2022 | REGULAR PAY | 16.0000 | 40.00 | 640.00 | BURLIN |
| 07-23-2022 | OVERTIME | 24.0000 | 0.27 | 6.48 | BURLIN |

TOTAL                    646.48

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 13985.28 | FEDERAL TAX | 63.59 | 1448.17 | 14410 | CHECKING | 513.26 |
| OVERTIME | 1191.60 | FICA - MEDICARE | 9.37 | 220.06 | | | |
| | | FICA - OASDI SS | 40.09 | 940.97 | | | |
| | | CA INCOME TAX | 13.06 | 296.19 | | | |
| | | CA DISABILITY | 7.11 | 166.94 | | | |

TOTAL DEPOSITED                    $513.26

| Paid Time Off | |
|---|---|
| Description | Balance |
| CA SICK PAY Total Balance | 30.79 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | | $15,176.88 | TOTAL | 133.22 | 3,072.33 |

| Net Pay | CHECK | $0.00 | TOTAL NET PAY | $513.26 |
| Distribution | DIRECT DEPOSIT | $513.26 | TOTAL NET PAY YTD | $12,104.55 |

| Employer Contributions | | |
|---|---|---|
| Description | Amount | YTD |
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Check No. 2598192
Pay Date 07-29-2022

Pay  Non-negotiable

$0.00

To The  Rafael Reyes Garcia
Order  6771 Elm Ave
Of  SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

**201 BURLIN 252**
**Rafael Reyes Garcia**
**6771 Elm Ave**
**SAN BERNARDINO, CA 92404**

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2011857 Sort: 201 BURLIN 252 Order: 71

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date | 07-10-2022 | Check Date | 07-22-2022 | Federal Filing Status | S/NONE |
| EMP# | Period End Date | 07-16-2022 | Check Number | 2592968 | State Filing Status | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|-----------|----------|
| 07-16-2022 | REGULAR PAY | 16.0000 | 40.00 | 640.00 | BURLIN |
| 07-16-2022 | OVERTIME | 24.0000 | 0.32 | 7.68 | BURLIN |

| | | TOTAL | | 647.68 | |

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 13345.28 | FEDERAL TAX | 63.73 | 1384.58 | 14410 | CHECKING | 514.18 |
| OVERTIME | 1185.12 | FICA - MEDICARE | 9.39 | 210.69 | | | |
| | | FICA - OASDI SS | 40.15 | 900.88 | | | |
| | | CA INCOME TAX | 13.11 | 283.13 | | | |
| | | CA DISABILITY | 7.12 | 159.83 | | | |

TOTAL DEPOSITED                    $514.18

| Paid Time Off | |
|---|---|
| Description | Balance |
| CA SICK PAY Total Balance | 29.45 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | $14,530.40 | TOTAL | 133.50 | 2,939.11 | | | |

| Net Pay Distribution | CHECK | $0.00 | TOTAL NET PAY | $514.18 |
|---|---|---|---|---|
| | DIRECT DEPOSIT | $514.18 | TOTAL NET PAY YTD | $11,591.29 |

| Employer Contributions | | |
|---|---|---|
| Description | Amount | YTD |
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR, UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

Check No. 2592968
Pay Date 07-22-2022

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Pay  Non-negotiable                                                                          $0.00

To The  Rafael Reyes Garcia
Order  6771 Elm Ave
   Of  SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2006317 Sort: 201 BURLIN 252 Order: 40

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-2615 | Period Start Date | 07-03-2022 | Check Date | 07-15-2022 **Federal Filing Status** S/NONE |
| EMP | Period End Date | 07-09-2022 | Check Number | 2583750 **State Filing Status** S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|---|---|---|---|---|---|
| 07-09-2022 | REGULAR PAY | 16.0000 | 32.00 | 512.00 | BURLIN |
| 07-09-2022 | OVERTIME | 24.0000 | 0.33 | 7.92 | BURLIN |

| TOTAL | | | | 519.92 | |

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 12705.28 | FEDERAL TAX | 48.40 | 1320.85 | 14410 | CHECKING | 418.53 |
| OVERTIME | 1177.44 | FICA - MEDICARE | 7.54 | 201.30 | | | |
| | | FICA - OASDI SS | 32.24 | 860.73 | | | |
| | | CA INCOME TAX | 7.49 | 270.02 | | | |
| | | CA DISABILITY | 5.72 | 152.71 | | | |

| | | | | | TOTAL DEPOSITED | | $418.53 |

### Paid Time Off

| Description | Balance |
|---|---|
| CA SICK PAY Total Balance | 28.10 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | | $13,882.72 | TOTAL | | 101.39 | 2,805.61 | | | |

| Net Pay | CHECK | $0.00 | TOTAL NET PAY | $418.53 |
|---|---|---|---|---|
| Distribution | DIRECT DEPOSIT | $418.53 | TOTAL NET PAY YTD | $11,077.11 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Check No. 2583750
Pay Date 07-15-2022

**Pay** Non-negotiable

$0.00

**To The** Rafael Reyes Garcia
**Order** 6771 Elm Ave
**Of** SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404

MVP Payroll Financing, LLC, 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 2001113 Sort: 201 BURLIN 252 Order: 45

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date | 06-26-2022 | Check Date | 07-08-2022 Federal Filing Status | S/NONE |
|---|---|---|---|---|---|
| EMP | Period End Date | 07-02-2022 | Check Number | 2577083 State Filing Status | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|---|---|---|---|---|---|
| 07-02-2022 | REGULAR PAY | 16.0000 | 20.10 | 321.60 | BURLIN |
| 07-02-2022 | OVERTIME | 24.0000 | 0.07 | 1.68 | BURLIN |

| | TOTAL | | | 323.28 | |

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 12193.28 | FEDERAL TAX | 24.80 | 1272.45 | 14410 | CHECKING | 267.08 |
| OVERTIME | 1169.52 | FICA - MEDICARE | 4.69 | 193.76 | | | |
| | | FICA - OASDI SS | 20.04 | 828.49 | | | |
| | | CA INCOME TAX | 3.11 | 262.53 | | | |
| | | CA DISABILITY | 3.56 | 146.99 | | | |

| | | | | TOTAL DEPOSITED | | | $267.08 |
|---|---|---|---|---|---|---|---|

| Paid Time Off | |
|---|---|
| Description | Balance |
| CA SICK PAY Total Balance | 27.03 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | | $13,362.80 | TOTAL | 56.20 | 2,704.22 |
|---|---|---|---|---|---|

| Net Pay | CHECK | $0.00 | TOTAL NET PAY | $267.08 |
|---|---|---|---|---|
| Distribution | DIRECT DEPOSIT | $267.08 | TOTAL NET PAY YTD | $10,658.58 |

| Employer Contributions | | |
|---|---|---|
| Description | Amount | YTD |
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally
posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

Check No. 2577083
Pay Date 07-08-2022

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

**Pay** Non-negotiable

$0.00

**To The** Rafael Reyes Garcia
**Order** 6771 Elm Ave
**Of** SAN BERNARDINO, CA 92404

*** Non-Negotiable ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

201 BURLIN 252
Rafael Reyes Garcia
6771 Elm Ave
SAN BERNARDINO, CA 92404



MVP Payroll Financing, LLC; 2600 W. Geronimo Pl. #100, Chandler, AZ 85224 - Phone:

Voucher #: 1987465 Sort: 201 BURLIN 252 Order: 50

2R Staffing, LLC - Burlington Coat Factory (201)

Rafael Reyes Garcia

| SSN# XXX-XX-2615 | Period Start Date | 06-19-2022 | Check Date | | 07-01-2022 Federal Filing Status | S/NONE |
| EMP | Period End Date | 06-25-2022 | Check Number | | 2569947 State Filing Status | S/0/0 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours | Pay Amount | WORKSITE |
|------|-----------------|----------|-------|------------|----------|
| 06-25-2022 | REGULAR PAY | 16.0000 | 16.00 | 256.00 | BURLIN |
| 06-25-2022 | OVERTIME | 24.0000 | 0.18 | 4.32 | BURLIN |

| TOTAL | | | | 260.32 |

| Earnings - Year To Date | | Deductions / Taxes | | | Direct Deposit Detail | | |
|---|---|---|---|---|---|---|---|
| Description | YTD | Description | Amount | YTD | Account | Type | Amount |
| REGULAR PAY | 11871.68 | FEDERAL TAX | 17.67 | 1247.65 | 14410 | CHECKING | 219.88 |
| OVERTIME | 1167.84 | FICA - MEDICARE | 3.77 | 189.07 | | | |
| | | FICA - OASDI SS | 16.14 | 808.45 | | | |
| | | CA INCOME TAX | 0.00 | 259.42 | | | |
| | | CA DISABILITY | 2.86 | 143.43 | | | |

| | | | | | TOTAL DEPOSITED | | $219.88 |

### Paid Time Off

| Description | Balance |
|-------------|---------|
| CA SICK PAY Total Balance | 26.35 |
| CA SICK PAY Available for Use | 24.00 |
| CSPSL B1 | 40.00 |

| TOTAL | $13,039.52 | TOTAL | 40.44 | 2,648.02 |

| Net Pay Distribution | CHECK | $0.00 | TOTAL NET PAY | $219.88 |
| | DIRECT DEPOSIT | $219.88 | TOTAL NET PAY YTD | $10,391.50 |

### Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| TOTAL | 0.00 | 0.00 |

2R STAFFING, LLC | 85 REVERE DR. UNIT J | NORTHBROOK IL, 60062 | 847-430-4738
Employee Web Portal: https://psg-ep.prismhr.com
Earlier employee access to the Form W-2 Tax and Wage Statement. Electronic W-2 statements are generally posted up to one week before printed copies are delivered via US Mail.

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

Check No. 2569947
Pay Date 07-01-2022

Pay  Non-negotiable

$0.00

To The  **Rafael Reyes Garcia**
Order  **6771 Elm Ave**
Of  **SAN BERNARDINO, CA 92404**

*** *Non-Negotiable* ***

2R Staffing, LLC

MVP Payroll Financing, LLC
2600 W. Geronimo Pl. #100
Chandler, AZ 85224

BURLIN
252

**201 BURLIN 252**
**Rafael Reyes Garcia**
**6771 Elm Ave**
**SAN BERNARDINO, CA 92404**